**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


**UNITED STATES OF AMERICA**   :   **CRIMINAL NO. 1:08-CR-0383**

                            :

**v.**                          :   **(Judge Conner)**

                            :

**TIMOTHY PATTERSON**           :

## ORDER

AND NOW, this 27th day of August, 2012, upon consideration of the motion to vacate, set aside or correct sentence (Doc. 97), filed by Timothy Patterson ("Patterson") pursuant to 28 U.S.C. § 2255, and it appearing that the court issued an order (Doc. 99) directing Patterson to file a brief in support of his motion within thirty (30) days of March 26, 2012, or the court would deem the motion withdrawn, and it further appearing that Patterson did not file a brief in support of his motion within thirty (30) days, it is hereby ORDERED that Patterson's motion to vacate, set aside or correct sentence (Doc. 97) is DEEMED withdrawn.


                    S/ Christopher C. Conner
                    CHRISTOPHER C. CONNER
                    United States District Judge